USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID McGLYNN

                Plaintiff,

   - against -

SINOVISION INCORPORATED,

                Defendant.

**23 Civ. 4826 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of the above-captioned matter, the Court notes that plaintiff David McGlynn ("Plaintiff") filed this action on June 8, 2023, that service of process was made on defendant Sinovision Incorporated ("Defendant") on June 16, 2023, and that an answer to the complaint was due by July 7, 2023. A notice of appearance was filed on behalf of Plaintiff on July 13, 2023. The Court's public file for this case contains no record that an answer has been made, nor has there been any other communication with the Court. Accordingly, it is hereby

**ORDERED** that Plaintiff shall inform the Court within fourteen (14) days of the date of this Order with regard to the status of this matter and Plaintiff's contemplation concerning further proceedings. In the event no timely

response to this Order is submitted, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   17 August 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.