

# MILLER KORZENIK SOMMERS RAYMAN LLP
THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

October 30, 2023

Hon. Dale E. Ho
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *McGlynn v. Sinovision Incorporated*, No. 1:23-cv-04826-DEH

Dear Judge Ho:

We write on behalf of Defendant Sinovision Incorporated to respectfully request an extension of our time to Reply to Plaintiff's October 25th Memorandum of Law in Opposition to Defendant's Motion to Dismiss. Our Reply would otherwise be due November 1, 2023. We request this extension after our unexpected substitution as counsel for Defendant on October 27th due to a sudden health matter affecting previous counsel Kenneth P. Norwick. The Substitution was So Ordered today. We respectfully request an extension until December 15, 2023 to confer with our client and with adverse counsel, to familiarize ourselves with the facts of the case and with the motion papers so that we can to act effectively for Defendant in this matter.

I have conferred with Plaintiff's counsel on this request and she consents to this request.

Thank you for your consideration.

Application **GRANTED.** Defendant shall file its reply in support of its motion to dismiss by **December 15, 2023.**

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 26.

Sincerely,

//s// David S. Korzenik//

David S. Korzenik

Dale E. Ho
United States District Judge
Dated: October 31, 2023
     New York, New York